IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Dino J. Kalandras**

\*

vs.   \*   Case No.

**Murphy, Bird & Phillips, Inc.**   \*

\*\*\*

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

[ X ]   I certify, as counsel in this case that Dino J. Kalandras
                                                                (name of party)
is not an affiliate or parent of any interested corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

[   ]   The following corporate affiliations exist with _____:
                                                                                                       (name of party)
_____.
                            (names of affiliates)

[   ]   The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

(names of entities with possible financial interests)

__8/27/2012_____          Signature  _____
Date

                                                                    _Stephen    F.    White_              _#00011_
                                                                    Printed Name                        Bar Number
                                                                    _Wright, Constable & Skeen, LLP_
                                                                    _100   N.   Charles   Street,   16th   Floor_
                                                                    Address

                                                                    _Baltimore,      MD           21201-3812_
                                                                    City/State/Zip

                                                                    _(410) 659-1304_        _(410) 659-1350_
                                                                    Phone No.                        Fax No.

{00275820v. (13244.00001)}