IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DINO J. KALANDRAS                        *
        **Plaintiff(s)**
                              *       **Case No.:** _____
       **vs.**
                              *
MURPHY, BIRD & PHILLIPS, INC.
        **Defendant(s)**                *

******

## MOTION FOR ADMISSION *PRO HAC VICE*

     I, __Stephen F. White__, am a member in good standing of the bar of this Court.

My bar number is __00011__   I am moving the admission of __Dennis M. O'Bryan__

_____ to appear *pro hac vice* in this case as

counsel for _____ Plaintiff, Dino J. Kalandras _____.

     We certify that:

1.     The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2.     The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| **State Court & Date of Admission** | **U.S. Court & Date of Admission** |
|---|---|
| SEE ATTACHED | SEE ATTACHED |
|  |  |
|  |  |

3.     During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __ONE__ times.

4.     The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Stephen F. White  #00011 | Dennis M. O'Bryan |
| Printed Name | Printed Name |
| Wright, Constable & Skeen, LLP | O'Bryan Baun Karamanian |
| Firm | Firm |
| 100 N. Charles St., 16th Floor | 401 S. Old Woodward, Ste. 450 |
| Address | Address |
| Baltimore, MD  21201 | Birmingham, MI  48009 |
| City, State, Zip Code | City, State, Zip Code |
| 410-659-1304 | 248-258-6262 |
| Telephone Number | Telephone Number |
| 410-659-1350 | 248-258-6047 |
| Fax Number | Fax Number |
| swhite@wcslaw.com | dob@obryanlaw.net |
| Email Address | Email Address |

| Court | Date |
|---|---|
| Supreme Court of the State of Michigan | 11-15-79 |
| Supreme Court of the United States | 09-10-93 |
| Supreme Court of Texas | 08-17-92 |
| Court of Appeals for the Second Circuit | 02-09-11 |
| Court of Appeals for the Third Circuit | 10-05-98 |
| Court of Appeals for the Fourth Circuit | 10-16-01 |
| Court of Appeals for the Fifth Circuit | 06-19-89 |
| Court of Appeals for the Sixth Circuit | 12-14-84 |
| Court of Appeals for the Seventh Circuit | 09-17-93 |
| Court of Appeals for the Eighth Circuit | 02-11-98 |
| Court of Appeals for the Ninth Circuit | 03-23-99 |
| United States District Court - Eastern District of Arkansas | 07-23-91 |
| United States District Court - Western District of Arkansas | 07-23-91 |
| United States District Court - Northern District of California | 05-19-83 |
| United States District Court - District of Hawaii | 12-11-86 |
| United States District Court - Central District of Illinois | 06-12-01 |
| United States District Court - Northern District of Illinois | 03-09-89 |
| United States District Court - Southern District of Illinois | 12-11-89 |
| United States District Court - Northern District of Indiana | 03-09-89 |
| United States District Court - Southern District of Indiana | 04-20-99 |
| United States District Court - Eastern District of Michigan | 11-15-79 |
| United States District Court - Western District of Michigan | 01-25-90 |
| United States District Court - Northern District of Mississippi | 04-06-93 |
| United States District Court - Northern District of Ohio | 12-17-79 |
| United States District Court - Western District of Pennsylvania | 12-06-90 |
| United States District Court - Eastern District of Texas | 03-23-87 |
| United States District Court - Southern District of Texas | 05-26-09 |
| United States District Court - Eastern District of Wisconsin | 03-26-04 |