AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| Dino J. Kalandras | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. WMN-12-2577 |
| Murphy, Bird & Phillips, Inc. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Murphy, Bird & Phillips, Inc.
　　　　　　　　　　　　　　　　　　Resident Agent - Jeffrey A. Bird
　　　　　　　　　　　　　　　　　　11011 McCormick Rd., Ste. 300
　　　　　　　　　　　　　　　　　　Hunt Valley, MD 21031

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　O'Bryan Baun Karamanian
　　　　　　　　　　　　　　　　　　　Dennis M. O'Bryan
　　　　　　　　　　　　　　　　　　　401 S. Old Woodward, Ste. 450
　　　　　　　　　　　　　　　　　　　Birmingham, MI 48009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/29/12

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JEFFREY A. BIRD, R/A FOR MURPHY, BIRD & PHILLIPS, INC.
was received by me on *(date)* 09/04/2012 .

☑ I personally served the summons on the individual at *(place)* 11011 McCormick Road, Suite 300 Hunt Valley MD 21031
on *(date)* 09/04/2012 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 40.00 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 09/12/2012

*Server's signature*

J. MATTHEWS MANLICH
Process Server
*Printed name and title*

MONUMENTAL PROCESS SERVERS INC.
[address illegible]
BALTIMORE MD [illegible]

*Server's address*

Additional information regarding attempted service, etc:

The Summons in a Civil Action was served along with
Civil Cover Sheet, Complaint, Disclosure of Corporate Interest,
Motion for Admission Pro Hac Vice, and Email Re:Notice of Electronic.