IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Northern Division*

| | | |
|---|---|---|
| **DINO J. KALANDRAS** | * | |
| **Plaintiff,** | * | |
| v. | * | **CIVIL ACTION NO.: WMN-12-2577** |
| **Murphy, Bird & Phillips, Inc.** | * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DISCLOSURE OF CORPORATE INTEREST

Murphy, Bird & Phillips, Inc. ("Murphy, Bird & Phillips"), by and through its attorneys, JoAnne Zawitoski, Colleen K. O'Brien, and Semmes, Bowen & Semmes, hereby files this disclosure statement pursuant to Local Rule 103.3 and Federal Rule of Civil Procedure 7.1, and states:

1. Murphy, Bird & Phillips is not the parent of any corporation.

2. Murphy, Bird & Phillips is affiliated with the following corporations, as they have some common ownership and/or some common officers with Murphy, Bird & Phillips: John Brawner Contracting Company, Inc.; Brawner Builders, Inc.; Huntington and Hopkins, Inc.; Southern Improvement Company, Inc.; Snake River Land Company, Inc.; Paper Mill Corporation; and MBP Management, Inc.

3. No entity has a financial interest in the outcome of this litigation.

4. No publicly held corporation owns 10% or more of Murphy, Bird & Phillips' stock.

        /s/
JoAnne Zawitoski (Fed. Bar No. 00698)
Colleen K. O'Brien (Fed. Bar No. 29839)
Semmes, Bowen & Semmes
25 South Charles Street, Suite 1400
Baltimore, Maryland 21201
Telephone No. (410) 539-5040
Facsimile No. (410) 539-5223
jzawitoski@semmes.com

*Attorneys for Defendant, Murphy, Bird & Phillips, Inc.*

B1271683.DOC