IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Northern Division*

| | | |
|---|---|---|
| DINO J. KALANDRAS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. WMN-12-2577 |
| | * | |
| | * | |
| MURPHY, BIRD & PHILLIPS, INC., | * | |
| | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF LENGTHY EXHIBIT

Exhibit A which is an attachment to Defendant Murphy, Bird & Phillips, Inc.'s Motion to Dismiss exists only in paper format and if scanned will be larger than 1.5 MB.  It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will serve copies of the document identified above on counsel for Plaintiff in paper format.

Respectfully submitted,

_____/s/_____

JoAnne Zawitoski (Fed Bar No. 00698)
Colleen K. O'Brien (Fed Bar No. 29839)
Semmes, Bowen & Semmes
25 South Charles Street, Suite 1400
Baltimore, MD 21201
T: 410-576-4833
F: 410-539-5223
jzawitoski@semmes.com
co'brien@semmes.com

*Attorneys for Murphy, Bird & Phillips, Inc.*

