IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DINO J. KALANDRAS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. WMN-12-2577 |
| | * | |
| | * | |
| MURPHY, BIRD & PHILLIPS, INC., | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF KEVIN WEBER

I, KEVIN WEBER, do hereby swear and affirm as follows:

1. I am over the age of 18 years, and I am competent to testify based upon my personal knowledge as to the matters stated herein.

2. I am an Area Engineer for the Maryland Transportation Authority, where I have been employed for thirty-three (33) years.

3. I was responsible for overseeing the work on the Chesapeake Bay Bridge Repair Project under Contract No. MA 2340-000-002.

4. Under Contract No. MA 2340-000-002, the Maryland Transportation Authority contracted with Murphy, Bird & Phillips, Inc. to provide labor, equipment, and materials necessary to perform structural repairs, upgrades, replacements, and new construction to bridges, tunnels, highways, buildings, and other land-based appurtenances of the Maryland Transportation Authority's facilities.

5. No section of Contract No. MA 2340-000-002 required the use of a safety boat on any particular part of the project governed by the Contract. The decision to use a safety boat was


EXHIBIT B

made solely by Murphy, Bird & Phillips, Inc. and/or its subcontractor, Brawner Builders, Inc., based on their policies and any applicable OSHA regulations.

6. Sections 400.01.01(4) and 400.01.01(5) of Contract No. MA 2340-000-002 provides a list of possible labor categories that may be used under the contract to perform the work of the contract. Included in the list of possible labor categories that may be used is "Boat Captain" and "Deck Hand". Murphy, Bird & Phillips, Inc. may decide to use either, or subcontract for the use of either.

7. Under Sections 400.01.01(4) and 400.01.01(5) of Contract No. MA 2340-000-002, the Maryland Transportation Authority did not mandate that Murphy, Bird & Phillips, Inc. provide a "Boat Captain" or "Deck Hand".

8. The billing and use of a "Boat Captain" or safety boat was an incidental part of the overall Contract between Murphy, Bird & Phillips and the Maryland Transportation Authority, and only accounted for a small fraction of all revenues paid to Murphy, Bird & Phillips under this Contract.

I DO SOLEMNLY DECLARE AND AFFIRM under the penalties of perjury that the contents of the foregoing Affidavit are true and are based on my personal knowledge, information and belief.

Executed this 24th day of September, 2012.

_____
Kevin Weber

B1272652.DOC