IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DINO J. KALANDRAS, | * |
| Plaintiff, | * |
| | * Civil Action No. WMN-12-2577 |
| MURPHY, BIRD & PHILLIPS, INC., | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES

I, COLLEEN K. O'BRIEN, do hereby swear and affirm as follows:

1. I am an Associate in the law firm of Semmes, Bowen & Semmes, in Baltimore, Maryland. I am over the age of 18 years, and I am competent to testify based upon my personal knowledge as to the matters stated herein.

2. I am one of the attorneys of record for Murphy, Bird and Phillips, Inc., Defendant, in the above-captioned matter.

3. The undersigned counsel, along with JoAnne Zawitoski, Esquire, and Imran Shaukat, associate, have rendered fair and reasonable legal services on behalf of Defendant, Murphy, Bird & Phillips, Inc., in defending against Plaintiff's Complaint.

4. I have been in private practice as an associate attorney with Semmes, Bowen & Semmes for less than one year and practice in the State and Federal Courts in Maryland. My hourly billing rate for this case is $125. I estimate that I have spent approximately 6 hours related to defending Plaintiff's Complaint against Murphy, Bird & Phillips, Inc., to date. I estimate that the total billing for my services has been $750, to date.


EXHIBIT C

5. JoAnne Zawitoski is a Principal of Semmes, Bowen & Semmes and has been in private practice for thirty-one years. She is admitted to practice law in Maryland state and federal courts as well as the U.S. Court of Appeals for the District of Columbia Circuit; the United States District Court for the District of Columbia; the Superior Court of the District of Columbia; the Supreme Court of the United States; the United States Court of Appeals for the Federal Circuit; and the United States Court of Appeals for the Fourth Circuit. Her hourly billing rate in this case is $335 per hour. JoAnne Zawitoski has spent approximately 6 hours in defending Murphy, Bird & Phillips, Inc. against Plaintiff's Complaint, to date. The estimate of JoAnne Zawitoski's total billing for her services is $2,010, to date.

6. Imran Shaukat is a recent law school graduate and an associate with Semmes, Bowen & Semmes whose admission to the Maryland bar is currently pending. Under the supervision of myself and JoAnne Zawitoski, Esq., Imran Shaukat has spent approximately 20 hours in researching and preparing the motion to dismiss and memorandum in support needed for the defense of Murphy, Bird & Phillips, Inc. against Plaintiff's Complaint. His hourly billing rate in this case is $100 per hour. Imran Shaukat's total billing for his services is approximately $2,000, to date.

7. Based on the above hourly estimates, I estimate that Semmes, Bowen & Semmes' attorney's fees in defending Murphy, Bird and Phillips, Inc. against Plaintiff's Complaint, totals approximately $4,760, to date, which comprises approximately 32 hours of attorney and associate time.

8. The time spent and fees charged in defending Plaintiff's Complaint is fair and reasonable based on my knowledge and experience.

I DO SOLEMNLY DECLARE AND AFFIRM under the penalties of perjury that the contents of the foregoing Affidavit are true and are based on my personal knowledge, information and belief.

Executed this 25th day of September, 2012.

*Colleen K. O'Brien, Esq.*

B1276041.DOC