IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DINO J. KALANDRAS, | * |
| Plaintiff, | *  Civil Action No. WMN-12-2577 |
| MURPHY, BIRD & PHILLIPS, INC., | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION OF Murphy, Bird & Phillips, Inc.'s Motion to Dismiss, it is this \_\_\_\_ day of _____, 2012, ORDERED that the motion be and is hereby GRANTED, and it is,

FURTHER ORDERED that the Complaint filed herein by Plaintiff, Dino J. Kalandras, against Murphy, Bird & Phillips, Inc., be and is hereby DISMISSED WITH PREJUDICE with costs and attorney's fees in the amount of $4,760.00 to date, to be paid by the Plaintiff to Defendant.

_____
Judge, United States District Court for the
District of Maryland

B1273529.WPD